CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 15 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **SHANE CHRISTIAN UPRIGHT,** | ) | CASE NO. 7:11CV00595 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| vs. | ) | |
| | ) | |
| **JOHN S. GARMAN, ET AL.,** | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. The clerk is **DIRECTED** to add the following defendants to the case, as indicated on page 2 of plaintiff's complaint: Dr. Marsh, RN Meadows, LPN Flint, LPN Roach, Work Supervisor Blair, Officer Tolson, Officer Grizzard, Lt. Peters, Lt. Morani, Sgt. Burke, Medical Records Secretary Helpler, and Hearing Officer Hostetler;

2. This civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim;

3. Plaintiff's pending motions (ECF Nos. 9, 19, and 20) are **DENIED**; and

4. This action is stricken from the active docket of the court.

ENTER: This 15th day of June, 2012.

/s/ James C. Turk
Senior United States District Judge