CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

JUN 15 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| | | |
|---|---|---|
| **SHANE CHRISTIAN UPRIGHT,** | ) | **CASE NO. 7:11CV00595** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| **vs.** | ) | |
| | ) | |
| **JOHN S. GARMAN, ET AL.,** | ) | **By: James C. Turk** |
| | ) | **Senior United States District Judge** |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

as follows:

    1. The clerk is **DIRECTED** to add the following defendants to the case, as indicated on page 2 of plaintiff's complaint:  Dr. Marsh, RN Meadows, LPN Flint, LPN Roach, Work Supervisor Blair, Officer Tolson, Officer Grizzard, Lt. Peters, Lt. Morani, Sgt. Burke, Medical Records Secretary Helpler, and Hearing Officer Hostetler;

    2. This civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim;

    3. Plaintiff's pending motions (ECF Nos. 9, 19, and 20) are **DENIED**; and

    4. This action is stricken from the active docket of the court.

**ENTER**: This _15th_ day of June, 2012.

James C. Turk

Senior United States District Judge